UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :     25cv214(DLC)
NOVO NORDISK A/S, et al.,             :
                                      :        ORDER
                     Plaintiffs,      :
          -v-                         :
                                      :
INVITA WELLNESS, LLC,                 :
                                      :
                     Defendant.       :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

     This action was filed on January 10, 2025 against defendant
InVita Wellness, LLC.  On January 22, the plaintiff filed an
affidavit of service reflecting that the defendant had been
served through the New York State Department of State on January
16.  On January 30, the plaintiffs filed a certificate of
service indicating that the defendant had been served via mail
to two addresses on January 23.  The defendant has not responded
to the complaint or otherwise appeared in this action.
Accordingly, it is hereby

     ORDERED that the plaintiffs shall file a motion for default
judgment against the defendant by **March 7, 2025**.  Counsel shall
review this Court's Individual Practices in Civil Cases
regarding default judgment submissions.

     IT IS FURTHER ORDERED that the plaintiffs shall serve this
Order and the motion for default judgment papers on the
defendant and shall file proof of such service on ECF on or

before **March 11, 2025.**

IT IS FURTHER ORDERED that a default judgment hearing will be held on **March 21, 2025** at **11:00 a.m.** in Courtroom 18B, 500 Pearl Street, New York, New York.  Failure of the defendant to appear will result in entry of a default or a default judgment.

Dated:    New York, New York
          February 18, 2025

                                    _____
                                         DENISE COTE
                              United States District Judge