# COVINGTON

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

**By ECF**

March 5, 2025

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, NY 10007

*[Handwritten: Granted. The proposed judgment shall be filed by April 10, 2025.
/s/ Denise Cote
3/5/25]*

Re: *Novo Nordisk A/S et al. v. InVita Wellness, LLC*, Case No. 1:25-cv-00214-DLC

Dear Judge Cote:

We are counsel of record to Plaintiffs Novo Nordisk A/S and Novo Nordisk Inc. in the above-referenced action, filed January 10, 2025.

We are pleased to inform the Court that Plaintiffs have reached a settlement agreement with Defendant InVita Wellness, LLC and that counsel for Defendant has appeared before the Court to join in submission of a proposed Final Judgment and Permanent Injunction on Consent.

On February 18, 2025, the Court ordered Plaintiffs to file a motion for default judgment by March 7, 2025 (this coming Friday). ECF Dkt. # 11.

Although Defendant's counsel had not yet entered an appearance before the Court, Plaintiffs have been in active settlement negotiations with Defendant, through counsel, since February 3, 2025.

To ensure compliance with the Court's Order, and with Defendant's knowledge, Plaintiffs requested and received a Clerk's Certificate of Default on February 21, 2025. ECF Dkt. ## 12–15.

In the meantime, settlement negotiations proceeded and have concluded with an agreement acceptable to all parties.

In light of the above, Plaintiffs respectfully request that the Court stay the following deadlines and proceedings before the Court for 30 days to permit the parties time to finalize the Settlement Agreement and the Court time to review the forthcoming proposed Final Judgment and Permanent Injunction on Consent:

1. March 7, 2025—Plaintiffs to move for default judgment;
2. March 13, 2025—Initial case management conference; and
3. March 21, 2025—Hearing on Plaintiffs' motion for default judgment.

**COVINGTON**

We thank the Court for its attention to this matter.

Respectfully submitted,

s/ *Neil K. Roman*
  Neil K. Roman

*Counsel to Plaintiffs Novo Nordisk A/S and Novo Nordisk Inc.*

cc (by ECF):   Aaron M. Rubin, Esq.

*Counsel to Defendant InVita Wellness, LLC*